IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10610
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


v.

NASRULLAH OMER MALIK,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Texas
(2:95-CR-52-1)
_____
December 17, 1996
Before KING, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

    Nasrullah Omer Malik was convicted for making a materially false statement to Boatmen's First National Bank of Amarillo (Boatmen's) for the purpose of fraudulently making a loan in violation of 18 U.S.C. § 1014. On appeal, Malik challenges the sufficiency of the evidence to support his conviction.

    A conviction under 18 U.S.C. § 1014 requires the Government

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

to prove beyond a reasonable doubt that: (1) the defendant made a false statement to a federally insured financial institution; (2) defendant made the false statement knowingly; (3) he did so for the purpose of influencing the financial institution's action; and (4) the statement was false as to a material fact. United States v. Williams, 12 F.3d 452, 456 (5th Cir. 1994). Our review of the evidence shows that the jury could have found that the evidence established Malik's guilt beyond a reasonable doubt. United States v. Martinez, 975 F.2d 159, 160-61 (5th Cir. 1992), cert. denied, 113 S. Ct. 1346 (1993).

AFFIRMED.